FILED

2003 OCT 29 P 3: 27

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HORACE BRUCE, <br> WILLIAM DELIZIO, <br> ATTILIO SCHIAVONE, <br> WILLIAM BURKMAN, <br> MTJ PETROEUM, INC. <br> FLK ENTERPRISES, LLC., <br> ET AL. | : <br> : <br> : <br> : |
| v. | :    CASE NO. 3:00CV1831 (AWT) |
| MOTIVA ENTERPRISES, LLC. | : |

### PARTIAL JUDGMENT

This action having come on for consideration before the Honorable Alvin W. Thompson, United States District Judge and,

The court having considered the full record of the case, including applicable principles of law, and having granted the plaintiffs Delizio, Burkman, Schiavone, MTJ Petroleum, and FLK Enterprises's motion for partial judgment of dismissal of their claims against the defendant Motiva Enterprises by an endorsement, it is accordingly

ORDERED, ADJUDGED and DECREED that a partial judgment be and is hereby entered, and the claims of plaintiffs William Delizio, William Burkman, Attilio Schiavone, MTJ Petroleum Inc., and FLK Enterprises LLC, are hereby

-2-

dismissed against the defendant Motiva Enterprises LLC.  The claims of the other plaintiffs will remain pending.

Dated at Hartford, Connecticut, this 29th day of October, 2003.

KEVIN F. ROWE, Clerk

By *Sandra Smith*
Sandra Smith
Deputy Clerk

EOD _____