# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

HORACE BRUCE, ET AL

   VS.

MOTIVA ENTERPRISES, LLC

Civil Action No.
300CV 1831 AWT

DECEMBER 5, 2003

## MOTION TO EXTEND TIME BY CONSENT

Plaintiff hereby moves for an extension of time of the scheduling order as follows:

An extension of the deadline within which to file dispositive Motions to and including March 15, 2004, or the alternative, forty-five (45) days from the date on which the Court issues its ruling on the Motion to Dismiss. The reason for such extension is that a Motion to Dismiss has been filed by the Defendant and remains pending. Said extension will allow sufficient time to address that Motion, before expected Summary Judgment Motions are filed.

The undersigned has contacted Attorney Karen Staib, who has indicated the Defendant has no objection to this motion. This is the eighth extension sought by one or the other of the parties.

WHEREFORE, the Plaintiff respectfully requests that this Motion be granted.

THE PLAINTIFF,

By_____

John J. Morgan (ct13312)
Barr & LaCava
22 Fifth Street
Stamford, CT 06905
Tel:  (203) 356-1505
Fax:  (203) 357-8397

## **ORDER**

The foregoing MOTION TO EXTEND TIME BY CONSENT, having been heard and considered, it is hereby ordered      GRANTED/DENIED.


THE COURT,


By_____
          Judge/Clerk

## CERTIFICATION

This is to certify that a copy of Plaintiff's MOTION TO EXTEND TIME BY CONSENT was mailed via U. S. Mail, postage prepaid this 5th day of December, 2003:

Paul D. Sanson, Esq.
Shipman and Goodwin LLP
One American Row
Hartford, CT 06103

Karen T. Staib, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103

John I. Morgan