EXTENSION GRANTED. The deadline for dispositive motions will be March 15, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.    Hartford, CT    12/16/2003

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

HORACE BRUCE, ET AL

VS.

MOTIVA ENTERPRISES, LLC

Civil Action No.
300CV 1831 AWT

DECEMBER 5, 2003

## MOTION TO EXTEND TIME BY CONSENT

Plaintiff hereby moves for an extension of time of the scheduling order as follows:

An extension of the deadline within which to file dispositive Motions to and including March 15, 2004, or the alternative, forty-five (45) days from the date on which the Court issues its ruling on the Motion to Dismiss. The reason for such extension is that a Motion to Dismiss has been filed by the Defendant and remains pending. Said extension will allow sufficient time to address that Motion, before expected Summary Judgment Motions are filed.

The undersigned has contacted Attorney Karen Staib, who has indicated the Defendant has no objection to this motion. This is the eighth extension sought by one or the other of the parties.

FILED 2003 DEC 17 A 9: 24 US DISTRICT COURT HARTFORD CT