UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | FEBRUARY 27, 2004 |

### MOTION, ON CONSENT, FOR EXTENSION OF TIME

Pursuant to Local Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the defendant, Motiva Enterprises LLC ("Motiva"), respectfully moves this Court, on consent of the plaintiffs, for an extension of 90 days, up to and including June 14, 2004, of the deadline by which to file dispositive motions, or in the alternative, that the dispositive motion deadline be held in abeyance until forty-five (45) days after the Court rules on Motiva's pending Motion to Dismiss dated March 7, 2003.

The parties otherwise were scheduled to file dispositive motions, namely motions for summary judgment, by March 15, 2004. Motiva submits that good cause exists for the granting of this Motion, in that the pending Motion to Dismiss requires adjudication before the parties can prepare motions for summary judgment, in order for the parties to be certain what claims and allegations remain at issue.

This is the ninth request made by a party relating to the deadline for dispositive motions. The undersigned counsel has spoken to Attorney John Morgan, counsel for the plaintiffs, who indicated that the plaintiffs both consent to and join in this Motion.

WHEREFORE, on the consent of the plaintiffs, Motiva respectfully requests an extension of 90 days, up to and including June 14, 2004, of the deadline by which to file dispositive motions, or in the alternative, that the dispositive motion deadline be held in abeyance until forty-five (45) days after the Court rules on Motiva's pending Motion to Dismiss dated March 7, 2003.

THE DEFENDANT,
MOTIVA ENTERPRISES LLC

By _____
Paul D. Sanson
Fed. Bar No. ct05477
Karen T. Staib
Fed. Bar No. ct21119
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5699
E-mail: psanson@goodwin.com
E-mail: kstaib@goodwin.com
Its Attorneys

SHIPMAN & GOODWIN® LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

## CERTIFICATION OF SERVICE

This is to certify that on this 27th day of February 2004, a copy of the foregoing Motion, on Consent, For Extension of Time was sent, via U.S. mail, postage prepaid, to:

John J. Morgan, Esq.
Barr & LaCava
22 Fifth Street
Stamford, CT 06905

_____
Karen T. Staib

365992 v.01 S1

- 3 -

SHIPMAN & GOODWIN® LLP  •  COUNSELORS AT LAW
ONE AMERICAN ROW  •  HARTFORD, CONNECTICUT  06103-2819  •  (860) 251-5000  •  FAX (860) 251-5099  •  JURIS NO. 57385