UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN -8  P 3: 14
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | JUNE 8, 2004 |

### APPEARANCE

Please enter my appearance in lieu of the appearance of Karen T. Staib for the defendant, Motiva Enterprises LLC, in the above-captioned matter. Paul D. Sanson remains as counsel for Motiva.

                                    THE DEFENDANT,
                                    MOTIVA ENTERPRISES LLC,

                                    By _/s/ Alexandra M. McHugh_
                                    Paul D. Sanson
                                    Fed. Bar No. ct05477
                                    Alexandra M. McHugh
                                    Fed. Bar No. ct22428
                                    Shipman & Goodwin LLP
                                    One Constitution Plaza
                                    Hartford, CT 06103-1919
                                    Telephone: (860) 251-5000
                                    Facsimile: (860) 251-5219
                                    E-mail: psanson@goodwin.com
                                    E-mail: amchugh@goodwin.com
                                    Its Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 8th day of June 2004, a copy of the foregoing Appearance was sent by facsimile and U.S. mail, postage prepaid, to:

John J. Morgan, Esq.
Barr & LaCava
22 Fifth Street
Stamford, CT 06905

                                                     Alexandra M. McHugh

373752 v.01