UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| v. | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| Defendant. | : | SEPTEMBER 10, 2004 |

## CONSENTED TO MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the defendant, Motiva Enterprises LLC ("Motiva"), respectfully moves this Court, on consent of the plaintiffs, for a 90-day extension of the deadline by which to file dispositive motions from September 12, 2004, up to and including December 11, 2004, or in the alternative, that the dispositive motion deadline be held in abeyance until forty-five (45) days after the Court rules on Motiva's pending Motion to Dismiss dated March 7, 2003.

The parties otherwise were scheduled to file dispositive motions, namely motions for summary judgment, by September 12, 2004. Motiva submits that good cause exists for the granting of this Motion, in that the pending Motion to Dismiss requires adjudication before the parties can prepare motions for summary judgment, in order for the parties to be certain what claims and allegations remain at issue.

This is the eleventh request made by a party relating to the deadline for dispositive motions. Counsel for Motiva has contacted Attorney John Morgan, counsel for the plaintiffs, who indicated that the plaintiffs both consent to and join in this Motion.

WHEREFORE, on the consent of the plaintiffs, Motiva respectfully requests an extension of 90 days, up to and including December 11, 2004, of the deadline by which to file dispositive motions, or in the alternative, that the dispositive motion deadline be held in abeyance until forty-five (45) days after the Court rules on Motiva's pending Motion to Dismiss dated March 7, 2003.

THE DEFENDANT,
MOTIVA ENTERPRISES LLC,


By *Alexandra M McHugh*
Paul D. Sanson
Fed. Bar No. ct05477
Alexandra M. McHugh
Fed. Bar No. ct222428
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5219
E-mail: psanson@goodwin.com
E-mail: amchugh@goodwin.com
Its Attorneys

- 3 -

## CERTIFICATION OF SERVICE

This is to certify that on this 10th day of September 2004, a copy of the foregoing Consented to Motion for Extension of Time was sent by facsimile and U.S. mail, postage prepaid, to:

John J. Morgan, Esq.
Barr & LaCava
22 Fifth Street
Stamford, CT 06905

*Alexandra M McHugh*
Alexandra M. McHugh

380959 v.01