UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:00 CV 1831 (AWT) |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES, L.L.C., | : | |
| Defendant. | : | OCTOBER 25, 2004 |

### PLAINTIFFS' MOTION & NOTICE OF MOTION FOR SUMMARY JUDGMENT

Plaintiffs move for an order granting summary judgment against Defendant, as authorized by Federal Rule of Civil Procedure 56. Summary Judgment is proper in this case because there is no genuine issue of any material fact and because Plaintiffs are entitled to judgment as a matter of law. More particularly, specific terms of the Retail Facility Lease and Retail Sales Agreement provided by the Defendant to each Plaintiff violate Connecticut Franchise law. See Conn. Gen. Stat. §42-133*l*. Certain terms of the same agreements also violate the Petroleum Marketing Practices Act, 15 United States Code §2801, et. seq.

1

This motion is based on the attached Memorandum in Support of Plaintiffs' Motion for Summary Judgment, the attached Plaintiffs' Local Rule 56(a)1 Statement of Uncontroverted Material Facts, the attached Summary Judgment Exhibits, and all the pleadings and papers on file in this matter.

THE PLAINTIFFS,<br>
HORACE BRUCE, ET AL<br><br>

By: _____<br>
John J. Morgan [ct. 13312]<br>
BARR & LaCAVA<br>
22 Fifth Street<br>
Stamford, CT 06905<br>
Tel: (203) 356-1505<br>
Fax: (203) 357-8397<br>
JMorgan456@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, this 25th day of October, 2004 to the following counsel of record:

Paul D. Sanson, Esq.
Karen T. Staib, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103

_____
John J. Morgan