# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

HORACE BRUCE, ET AL.,                   :          CIVIL ACTION NO.
      Plaintiffs,                        :          3:00 CV 1831 (AWT)
                             :
            v.                          :
                             :
MOTIVA ENTERPRISES, L.L.C., :
      Defendant.                         :          OCTOBER 25, 2004

## <u>SUMMARY JUDGMENT EXHIBIT LIST</u>

<u>Plaintiffs' S.J. Exhibit 1:</u>  Exemplar Letter dated December 10, 1999 sent by Motiva to Plaintiffs

<u>Plaintiffs' S.J. Exhibit 2:</u>  Cover letters of protest from Plaintiffs

<u>Plaintiffs' S.J. Exhibit 3:</u>  Exemplar Retail Sales Agreement

<u>Plaintiffs' S.J. Exhibit 4:</u>  Exemplar June 18, 2001 proposed Amended Retail Sales Agreement

<u>Plaintiffs' S.J. Exhibit 5:</u>  Exemplar Retail Facility Lease

<u>Plaintiffs' S.J. Exhibit 6</u>  Exemplar June 18, 2001 proposed Amended Retail Facility Lease

1

Plaintiffs' S.J. Exhibit 7:  Exemplar Rejection Letters.

THE PLAINTIFFS,
HORACE BRUCE, ET AL

By: _____

John J. Morgan [ct. 13312]
BARR & LaCAVA
22 Fifth Street
Stamford, CT 06905
Tel:  (203) 356-1505
Fax: (203) 357-8397
JMorgan456@aol.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via first class mail,

postage prepaid, this 25th day of October, 2004 to the following counsel of record:

Paul D. Sanson, Esq.
Karen T. Staib, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103

_____
John J. Morgan

3