FILED

2004 OCT 28  A 10: 46

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:00 CV 1831 (AWT) |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES, L.L.C., | : | |
| Defendant. | : | OCTOBER 26, 2004 |

Please take notice that the Plaintiffs have manually filed the following documents:

1.. *PLAINTIFFS' MOTION & NOTICE OF MOTION FOR SUMMARY JUDGMENT*

2. *MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT*

3. *PLAINTIFF'S LOCAL RULE 56(A)1 STATEMENT OF UNCONTROVERTED MATERIAL FACTS*

4. *SUMMARY JUDGMENT EXHIBIT LIST*

These documents have not been filed electronically because:

[ ]  the document or thing cannot be converted to an electronic format

[X]  the electronic file size of the document exceeds 1.5 megabytes.

[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court Order.

1

The documents have been manually served on all parties.

                                  John J. Morgan
                                  BARR & LaCAVA
                                  22 Fifth Street
                                  Stamford, CT 06905
                                  Tel: (203) 356-1505
                                  Fax: (203) 357-8397
                                  JMorgan456@aol.com
                                  [ct. 13312]

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, this 26th day of October, 2004 to the following counsel of record:

Paul D. Sanson, Esq.
Karen T. Staib, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103

_____
John J. Morgan