FILED

2004 OCT 28  A 10 46

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:00 CV 1831 (AWT) |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES, L.L.C., | : | |
| Defendant. | : | OCTOBER 26, 2004 |

**AMENDED CERTIFICATION**

This is to certify that the following documents which were certified on October 25, 2004 were actually manually served on October 26, 2004, due to technical difficulties:

1. *PLAINTIFFS' MOTION & NOTICE OF MOTION FOR SUMMARY JUDGMENT*

2. *MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT*

3. *PLAINTIFF'S LOCAL RULE 56(A)1 STATEMENT OF UNCONTROVERTED MATERIAL FACTS*

4. *SUMMARY JUDGMENT EXHIBIT LIST*

This is to certify that, said documents were mailed, via first class mail, postage prepaid, this 26th day of October, 2004 and not October 25, 2004, to:

1

Paul D. Sanson, Esq.
Karen T. Staib, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103

_____
John J. Morgan
BARR & LaCAVA
22 Fifth Street
Stamford, CT 06905
Tel:  (203) 356-1505
Fax: (203) 357-8397
JMorgan456@aol.com
[ct. 13312]

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, this 26th day of October, 2004 to the following counsel of record:

Paul D. Sanson, Esq.
Karen T. Staib, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103

_____
John J. Morgan