## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | JANUARY 20, 2005 |

### CONSENTED TO MOTION FOR EXTENSION OF TIME
### TO OPPOSE BRUCE'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of

Connecticut, the defendant, Motiva Enterprises LLC ("Motiva"), respectfully moves this

Court, on consent of the plaintiffs, for an additional 12-day extension of the deadline by which

to file Motiva's Opposition to Bruce's Motion for Summary Judgment, dated October 26,

2004, from January 26, 2005, up to and including Monday, February 7, 2005. By separate

motion, Motiva is also moving the Court for an extension of time in which to file Motiva's

own Motion for Summary Judgment from January 26, 2005 to February 7, 2005.

Motiva submits that good cause exists for the granting of this Motion in that a ruling in

the interim on the Motion to Dismiss dated March 7, 2003 currently pending before the Court

would likely obviate a motion to dismiss as to certain claims. Good cause also exists in that

counsel for Motiva has been researching and drafting both the Opposition to Bruce's Motion

for Summary Judgment and Motiva's Motion for Summary Judgment, but finds that she

requires this additional 12 days to adequately address the number of complex issues presented.

This is Motiva's second request for an extension of time to oppose Bruce's Motion for Summary Judgment. Counsel for Motiva has contacted Attorney John Morgan, counsel for the plaintiffs, who indicated that the plaintiffs consent to this Motion for Extension of Time.

WHEREFORE, on the consent of the plaintiffs, Motiva respectfully requests an extension of 12 days, up to and including February 7, 2005, of the deadline by which to file its Opposition to Bruce's Motion for Summary Judgment.

THE DEFENDANT,
MOTIVA ENTERPRISES LLC,

By _Alexandra M McHugh_
    Paul D. Sanson
    Fed. Bar No. ct05477
    Alexandra M. McHugh
    Fed. Bar No. ct222428
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT  06103-1919
    Telephone: (860) 251-5000
    Facsimile: (860) 251-5219
    E-mail: psanson@goodwin.com
    E-mail: amchugh@goodwin.com
    Its Attorneys

ORDER

Defendants' Consented to Motion for Extension of Time to Oppose Bruce's Motion for Summary Judgment, dated January 20, 2005, is hereby:

GRANTED / DENIED.

BY THE COURT,

_____

J. Thompson

## CERTIFICATION OF SERVICE

This is to certify that on this 20th day of January, 2004, a copy of the foregoing

Consented to Motion for Extension of Time to Oppose Bruce's Motion for Summary Judgment

was sent by facsimile and U.S. mail, postage prepaid, to:

John J. Morgan, Esq.
Barr & LaCava
22 Fifth Street
Stamford, CT 06905


_Alexandra M McHugh_
Alexandra M. McHugh


392446 v.01