UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | JANUARY 20, 2005 |

## CONSENTED TO MOTION FOR EXTENSION OF TIME
## TO FILE DISPOSITIVE MOTIONS

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the defendant, Motiva Enterprises LLC ("Motiva"), respectfully moves this Court, on consent of the plaintiffs, for an additional 12-day extension of the deadline by which to file Motiva's Motion for Summary Judgment from January 26, 2005, up to and including February 7, 2005.

Motiva submits that good cause exists for the granting of this Motion in that a ruling in the interim on the Motion to Dismiss dated March 7, 2003 currently pending before the Court would likely obviate a motion to dismiss as to certain claims. Good cause also exists in that counsel for Motiva has been researching and drafting both the Opposition to Bruce's Motion for Summary Judgment and Motiva's Motion for Summary Judgment, but finds that she requires this additional 12 days to adequately address the number of complex issues presented.

Counsel for Motiva has contacted Attorney John Morgan, counsel for the plaintiffs, who indicated that the plaintiffs consent to this Motion for Extension of Time. This is the thirteenth request made by a party relating to the deadline for dispositive motions.

WHEREFORE, on the consent of the plaintiffs, Motiva respectfully requests an extension of an additional 12 days, up to and including February 7, 2005, of the deadline by which to file dispositive motions.

THE DEFENDANT,
MOTIVA ENTERPRISES LLC,


By *Alexandra M McHugh*
Paul D. Sanson
Fed. Bar No. ct05477
Alexandra M. McHugh
Fed. Bar No. ct222428
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5219
E-mail: psanson@goodwin.com
E-mail: amchugh@goodwin.com
Its Attorneys

- 3 -

## ORDER

Defendants' Consented to Motion for Extension of Time to File Dispositive Motions, dated January 20, 2005, is hereby:

GRANTED / DENIED.

                                BY THE COURT,

                                _____

                                J. Thompson

## CERTIFICATION OF SERVICE

This is to certify that on this 20th day of January, 2005, a copy of the foregoing Consented to Motion for Extension of Time to File Dispositive Motions was sent by facsimile and U.S. mail, postage prepaid, to:

John J. Morgan, Esq.
Barr & LaCava
22 Fifth Street
Stamford, CT 06905

*Alexandra M McHugh*
Alexandra M. McHugh

392446 v.01