UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | NOVEMBER 12, 2004 |

CONSENTED TO MOTION FOR EXTENSION OF TIME
TO OPPOSE BRUCE'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the defendant, Motiva Enterprises LLC ("Motiva"), respectfully moves this Court, on consent of the plaintiffs, for a 71-day extension of the deadline by which to file Motiva's Opposition to Bruce's Motion for Summary Judgment, dated October 26, 2004, from November 16, 2004, up to and including January 26, 2005.

Motiva submits that good cause exists for the granting of this Motion in that a ruling in the interim on the Motion to Dismiss dated March 7, 2003 currently pending before the Court would likely obviate a motion to dismiss as to certain claims. Moreover, Plaintiffs will not be filing their own Motion for Summary Judgment, which would significantly overlap with Motiva's Opposition to Bruce's Motion for Summary Judgment, before December 11, 2004 and have moved by separate motion for an extension of that deadline until January 26, 2005 as well.

This is Motiva's first request for an extension of time to oppose Bruce's Motion for Summary Judgment. Counsel for Motiva has contacted Attorney John Morgan, counsel for the plaintiffs, who indicated that the plaintiffs consent to this Motion for Extension of Time.

WHEREFORE, on the consent of the plaintiffs, Motiva respectfully requests an extension of 71 days, up to and including January 26, 2005, of the deadline by which to file its Opposition to Bruce's Motion for Summary Judgment.

                                THE DEFENDANT,
                                MOTIVA ENTERPRISES LLC,


                                By *Alexandra M McHugh*
                                Paul D. Sanson
                                Fed. Bar No. ct05477
                                Alexandra M. McHugh
                                Fed. Bar No. ct222428
                                Shipman & Goodwin LLP
                                One Constitution Plaza
                                Hartford, CT 06103-1919
                                Telephone: (860) 251-5000
                                Facsimile: (860) 251-5219
                                E-mail: psanson@goodwin.com
                                E-mail: amchugh@goodwin.com
                                Its Attorneys

## ORDER

Defendants' Consented to Motion for Extension of Time to Oppose Bruce's Motion for Summary Judgment, dated November 12, 2004, is hereby:

**GRANTED / DENIED**

BY THE COURT,

_____
J. Thompson

## CERTIFICATION OF SERVICE

This is to certify that on this 12th day of November 2004, a copy of the foregoing Consented to Motion for Extension of Time to Oppose Bruce's Motion for Summary Judgment was sent by facsimile and U.S. mail, postage prepaid, to:

John J. Morgan, Esq.
Barr & LaCava
22 Fifth Street
Stamford, CT 06905

*Alexandra M McHugh*
Alexandra M. McHugh

386347 v.01 S2