UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT       FILED

| | |
|---|---|
| HORACE BRUCE, ET AL., | : CIVIL ACTION NO. |
| | : 3:00 CV 1831 (AWT) |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| MOTIVA ENTERPRISES LLC, | : |
| | : |
| Defendant. | : JUNE 8, 2004 |

**CONSENTED TO MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the defendant, Motiva Enterprises LLC ("Motiva"), respectfully moves this Court, on consent of the plaintiffs, for a 90-day extension of the deadline by which to file dispositive motions from June 14, 2004, up to and including September 12, 2004, or in the alternative, that the dispositive motion deadline be held in abeyance until forty-five (45) days after the Court rules on Motiva's pending Motion to Dismiss dated March 7, 2003.

The parties otherwise were scheduled to file dispositive motions, namely motions for summary judgment, by June 14, 2004. Motiva submits that good cause exists for the granting of this Motion, in that the pending Motion to Dismiss requires adjudication before the parties can prepare motions for summary judgment, in order for the parties to be certain what claims and allegations remain at issue.

This is the tenth request made by a party relating to the deadline for dispositive motions. Counsel for Motiva has contacted Attorney John Morgan, counsel for the plaintiffs, who indicated that the plaintiffs both consent to and join in this Motion.

Extension GRANTED, nunc pro tunc, to and including September 12, 200_
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  2/1/05