## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | NOVEMBER 12, 2004 |

### CONSENTED TO MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the defendant, Motiva Enterprises LLC ("Motiva"), respectfully moves this Court, on consent of the plaintiffs, for a 46-day extension of the deadline by which to file Motiva's Motion for Summary Judgment from December 11, 2004, up to and including January 26, 2005.

Motiva submits that good cause exists for the granting of this Motion in that a ruling in the interim on the Motion to Dismiss dated March 7, 2003 currently pending before the Court would likely obviate a motion to dismiss as to certain claims.

This is the twelfth request made by a party relating to the deadline for dispositive motions. Counsel for Motiva has contacted Attorney John Morgan, counsel for the plaintiffs, who indicated that the plaintiffs consent to this Motion for Extension of Time.

WHEREFORE, on the consent of the plaintiffs, Motiva respectfully requests an extension of an additional 46 days, up to and including January 26, 2005, of the deadline by which to file dispositive motions.

Extension GRANTED, nunc pro tunc, to and including January 26, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  2/1/05