

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| v. | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| Defendant. | : | JANUARY 20, 2005 |

## CONSENTED TO MOTION FOR EXTENSION OF TIME
## TO OPPOSE BRUCE'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the defendant, Motiva Enterprises LLC ("Motiva"), respectfully moves this Court, on consent of the plaintiffs, for an additional 12-day extension of the deadline by which to file Motiva's Opposition to Bruce's Motion for Summary Judgment, dated October 26, 2004, from January 26, 2005, up to and including Monday, February 7, 2005. By separate motion, Motiva is also moving the Court for an extension of time in which to file Motiva's own Motion for Summary Judgment from January 26, 2005 to February 7, 2005.

Motiva submits that good cause exists for the granting of this Motion in that a ruling in the interim on the Motion to Dismiss dated March 7, 2003 currently pending before the Court would likely obviate a motion to dismiss as to certain claims. Good cause also exists in that counsel for Motiva has been researching and drafting both the Opposition to Bruce's Motion for Summary Judgment and Motiva's Motion for Summary Judgment, but finds that she requires this additional 12 days to adequately address the number of complex issues presented.

Extension GRANTED, nunc pro tunc
to and including February 7, 2005.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    2/1/05