UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | JANUARY 20, 2005 |

**CONSENTED TO MOTION FOR EXTENSION OF TIME
TO FILE DISPOSITIVE MOTIONS**

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the defendant, Motiva Enterprises LLC ("Motiva"), respectfully moves this Court, on consent of the plaintiffs, for an additional 12-day extension of the deadline by which to file Motiva's Motion for Summary Judgment from January 26, 2005, up to and including February 7, 2005.

Motiva submits that good cause exists for the granting of this Motion in that a ruling in the interim on the Motion to Dismiss dated March 7, 2003 currently pending before the Court would likely obviate a motion to dismiss as to certain claims. Good cause also exists in that counsel for Motiva has been researching and drafting both the Opposition to Bruce's Motion for Summary Judgment and Motiva's Motion for Summary Judgment, but finds that she requires this additional 12 days to adequately address the number of complex issues presented.

Counsel for Motiva has contacted Attorney John Morgan, counsel for the plaintiffs, who indicated that the plaintiffs consent to this Motion for Extension of Time. This is the thirteenth request made by a party relating to the deadline for dispositive motions.

Extension granted nunc pro tunc, to and including February 3, 2005, it is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   2/1/05