UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | NOVEMBER 12, 2004 |

CONSENTED TO MOTION FOR EXTENSION OF TIME
TO OPPOSE BRUCE'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the defendant, Motiva Enterprises LLC ("Motiva"), respectfully moves this Court, on consent of the plaintiffs, for a 71-day extension of the deadline by which to file Motiva's Opposition to Bruce's Motion for Summary Judgment, dated October 26, 2004, from November 16, 2004, up to and including January 26, 2005.

Motiva submits that good cause exists for the granting of this Motion in that a ruling in the interim on the Motion to Dismiss dated March 7, 2003 currently pending before the Court would likely obviate a motion to dismiss as to certain claims. Moreover, Plaintiffs will not be filing their own Motion for Summary Judgment, which would significantly overlap with Motiva's Opposition to Bruce's Motion for Summary Judgment, before December 11, 2004 and have moved by separate motion for an extension of that deadline until January 26, 2005 as well.

Extension GRANTED, nunc pro tunc, to and including January 26, 2005. The Clerk shall treat this document as an original. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 2/1/05