UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | FEBRUARY 3, 2005 |

## EMERGENCY MOTION FOR EXTENSION OF TIME
## TO FILE DISPOSITIVE MOTIONS

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the defendant, Motiva Enterprises LLC ("Motiva"), respectfully moves this Court, for an additional one week extension of the deadline by which to file Motiva's Motion for Summary Judgment from February 7, 2005, up to and including February 14, 2005.

Motiva submits that good cause exists for the granting of this Motion in that a ruling in the interim on the Motion to Dismiss dated March 7, 2003 currently pending before the Court would likely obviate a motion for summary judgment as to certain claims. Good cause also exists in that counsel for Motiva has been researching and drafting a consolidated memorandum addressing both the Opposition to Bruce's Motion for Summary Judgment and Motiva's Motion for Summary Judgment, but finds that she requires this additional week to adequately address the number of complex issues presented.

Counsel for Motiva attempted to contact Attorney John Morgan, counsel for the plaintiffs, for consent to this Motion, but was unable to reach him and did not want to delay in

filing this Motion. This is the fourteenth request made by a party relating to the deadline for dispositive motions.

WHEREFORE, Motiva respectfully requests an extension of one week, up to and including February 14, 2005, of the deadline by which to file dispositive motions.

THE DEFENDANT,
MOTIVA ENTERPRISES LLC,


By *Alexandra M McHugh*
Paul D. Sanson
Fed. Bar No. ct05477
Alexandra M. McHugh
Fed. Bar No. ct22428
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5219
E-mail: psanson@goodwin.com
E-mail: amchugh@goodwin.com
Its Attorneys

## ORDER

Defendants' Emergency Motion for Extension of Time to File Dispositive Motions, dated February 3, 2005, is hereby:

GRANTED / DENIED.

                        BY THE COURT,

                        _____
                        J. Thompson

## CERTIFICATION OF SERVICE

This is to certify that on this 3rd day of February, 2005, a copy of the foregoing Emergency Motion for Extension of Time to File Dispositive Motions was sent by facsimile and U.S. mail, postage prepaid, to:

John J. Morgan, Esq.
Barr & LaCava
22 Fifth Street
Stamford, CT 06905

                                                Alexandra M. McHugh

393937 v.01 S1