

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

*FILED*

HORACE BRUCE, ET AL.,          :    CIVIL ACTION NO.
                               :    3:00 CV 1831 (AWT)      2005 FEB -3  P 1: 00
         Plaintiffs,           :
                               :                           U.S. DISTRICT COURT
                               :                             HARTFORD, CT.
    v.                         :
                               :
MOTIVA ENTERPRISES LLC,        :
                               :
         Defendant.            :    FEBRUARY 3, 2005

### EMERGENCY MOTION FOR EXTENSION OF TIME
### TO FILE DISPOSITIVE MOTIONS

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of

Connecticut, the defendant, Motiva Enterprises LLC ("Motiva"), respectfully moves this

Court, for an additional one week extension of the deadline by which to file Motiva's Motion

for Summary Judgment from February 7, 2005, up to and including February 14, 2005.

Motiva submits that good cause exists for the granting of this Motion in that a ruling in

the interim on the Motion to Dismiss dated March 7, 2003 currently pending before the Court

would likely obviate a motion for summary judgment as to certain claims.  Good cause also

exists in that counsel for Motiva has been researching and drafting a consolidated

memorandum addressing both the Opposition to Bruce's Motion for Summary Judgment and

Motiva's Motion for Summary Judgment, but finds that she requires this additional week to

adequately address the number of complex issues presented.

Counsel for Motiva attempted to contact Attorney John Morgan, counsel for the

plaintiffs, for consent to this Motion, but was unable to reach him and did not want to delay in

**Extension GRANTED, to and including**
**February  14, 2005.   It is so ordered.**

**Alvin W. Thompson, U.S.D.J.**
**Hartford, CT   2/3/05**