UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | FEBRUARY 14, 2005 |

## MOTIVA'S MOTION FOR JUDGMENT

Defendant Motiva Enterprises LLC ("Motiva") hereby moves pursuant to Federal Rule of Civil Procedure 56 for summary judgment on all counts of Plaintiffs' Second Amended Complaint, dated May 1, 2003 (the "Complaint"). Motiva's motion is based on the grounds that: (1) Plaintiffs' claims for declaratory and injunctive relief are not ripe for review; (2) Plaintiffs' claims concerning provisions of the Old Agreements, the bulk of challenged provisions, are moot as all Plaintiffs but one are no longer subject to the Old Agreements; and (3) the elements required for an exercise of jurisdiction under the Declaratory Judgment Act are not satisfied because Plaintiffs ask the Court to render merely an advisory opinion. Motiva also moves under Federal Rules of Civil Procedure 12(c) to dismiss the Complaint for failure to state a claim upon which relief can be granted under the Connecticut Franchise Act, the Petroleum Marketing Practice Act, the Connecticut Gasoline Dealers Act, and the Connecticut Unfair Trade Practices Act.

In support of its motion, Motiva relies upon the accompanying Memorandum of Law, the Affidavit of John Kuschman, its Local Rule 56(a)(1) Statement and its Local Rule 56(a)(2) Statement.

THE DEFENDANT,
MOTIVA ENTERPRISES LLC,


By *Alexandra M McHugh*
Paul D. Sanson
Fed. Bar No. ct05477
Alexandra M. McHugh
Fed. Bar No. ct22428
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5219
E-mail: psanson@goodwin.com
E-mail: amchugh@goodwin.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of February, 2005, I caused to be served a copy of Motiva's Motion for Judgment, Consolidated Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Motiva's Motion for Judgment, Local Rule 56(a)(1) and 56(a)(2) Statements and Affidavit of John Kuschman by facsimile and U.S. mail, postage prepaid, upon:

John J. Morgan, Esq.
Barr & LaCava
22 Fifth Street
Stamford, CT 06905

*Alexandra M McHugh*
Alexandra M. McHugh

393682 v.01 S2