UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | FEBRUARY 15, 2005 |

## MOTIVA'S NOTICE OF MANUAL FILING

Defendant Motiva Enterprises LLC ("Motiva") hereby gives notice that Exhibits A through FF of its Motion for Judgment filed February 14, 2005 were manually filed with the Court. These exhibits were too voluminous to scan.

THE DEFENDANT,
MOTIVA ENTERPRISES LLC,

By *Alexandra M McHugh*
Paul D. Sanson
Fed. Bar No. ct05477
Alexandra M. McHugh
Fed. Bar No. ct22428
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5219
E-mail: psanson@goodwin.com
E-mail: amchugh@goodwin.com
Its Attorneys

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of February, 2005, I caused to be served a copy of Motiva's Notice of Manual Filing of Exhibits A through FF of Motiva's Motion for Judgment by facsimile and U.S. mail, postage prepaid, upon:

John J. Morgan, Esq.
Barr & LaCava
22 Fifth Street
Stamford, CT 06905

*Alexandra M McHugh*
Alexandra M. McHugh

393682 v.04 S7