FILED

2005 MAR -3  A 10: 57

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL, | : | CIVIL ACTION NO. |
|     Plaintiffs, | : |   3:00 CV 1831 (AWT) |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES, L.L.C., | : | |
|     Defendant. | : | FEBRUARY 25, 2005 |

## MOTION FOR EXTENSION OF TIME

The Plaintiffs hereby move for an extension of time, to and including March 31, 2005, within which to reply to Defendant's Objection to Summary Judgment and to object to the Defendant's Motion for Summary Judgment.

The undersigned has spoken with Attorney Alexandra McHugh, who has no objection to this motion. It is the first such extension sought for this deadline.

THE PLAINTIFFS,
HORACE BRUCE, ET AL

By: _____
John W. Morgan [ct. 13312]
BARR & LaCAVA
22 Fifth Street
Stamford, CT 06905
Tel: (203) 356-1505
Fax: (203) 357-8397
JMorgan456@aol.com

1

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, this 25th day of February, 2005, to the following counsel of record:

Paul D. Sanson, Esq.
Alexandra McHugh, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103

_____
John J. Morgan