00CV1831mtnext

FILED

2005 MAR -3 A 10: 57

94

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL, | : | CIVIL ACTION NO. |
|     Plaintiffs, | : |     3:00 CV 1831 (AWT) |
| v. | : | |
| MOTIVA ENTERPRISES, L.L.C., | : | |
|     Defendant. | : | FEBRUARY 25, 2005 |

**MOTION FOR EXTENSION OF TIME**

The Plaintiffs hereby move for an extension of time, to and including March 31, 2005, within which to reply to Defendant's Objection to Summary Judgment and to object to the Defendant's Motion for Summary Judgment.

The undersigned has spoken with Attorney Alexandra McHugh, who has no objection to this motion. It is the first such extension sought for this deadline.

THE PLAINTIFFS,
HORACE BRUCE, ET AL

By: _____
John M. Morgan [ct. 13312]
BARR & LaCAVA
22 Fifth Street
Stamford, CT 06905
Tel: (203) 356-1505
Fax: (203) 357-8397
JMorgan456@aol.com

Extension GRANTED, nunc pro tunc, to and including March 31, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   3/24/05

1