UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HORACE BRUCE, ET AL, : | CIVIL ACTION NO. |
|     Plaintiffs, : | 3:00 CV 1831 (AWT) |
| : | |
| v. : | |
| : | |
| MOTIVA ENTERPRISES, L.L.C., : | |
|     Defendant. : | MARCH 30, 2005 |

### MOTION FOR EXTENSION OF TIME BY CONSENT

Plaintiffs hereby request an extension of time of thirty (30) days, up to and including April 30, 2005, within which to reply to the Defendant's Motion for Summary Judgment and reply to the Objection to Plaintiffs' Motion for Summary Judgment. The reason for this extension is to give counsel sufficient time to review the Motion, contact clients and frame an adequate response.

The undersigned has contacted Attorney Alexandra McHugh, who indicated that she has no objection to this Motion.

                                                       THE PLAINTIFFS,
                                                       HORACE BRUCE, ET AL

                                                       By: _____
                                                       John J. Morgan [ct. 13312]
                                                       BARR & LaCAVA
                                                       22 Fifth Street
                                                       Stamford, CT 06905
                                                       Tel: (203) 356-1505
                                                       Fax: (203) 357-8397
                                                      JMorgan456@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, this 30th day of March, 2005, to the following counsel of record:

Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103

_____
John J. Morgan