00CV1831mtNe

96

FILED

2005 MAR 31  A 10: 39

DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| HORACE BRUCE, ET AL, | CIVIL ACTION NO. |
| Plaintiffs, | 3:00 CV 1831 (AWT) |
| v. | |
| MOTIVA ENTERPRISES, L.L.C., | |
| Defendant. | MARCH 30, 2005 |

### MOTION FOR EXTENSION OF TIME BY CONSENT

Plaintiffs hereby request an extension of time of thirty (30) days, up to and including April 30, 2005, within which to reply to the Defendant's Motion for Summary Judgment and reply to the Objection to Plaintiffs' Motion for Summary Judgment. The reason for this extension is to give counsel sufficient time to review the Motion, contact clients and frame an adequate response.

The undersigned has contacted Attorney Alexandra McHugh, who indicated that she has no objection to this Motion.

THE PLAINTIFFS,
HORACE BRUCE, ET AL

By: _____
John J. Morgan [ct. 13312]
BARR & LaCAVA
22 Fifth Street
Stamford, CT 06905
Tel: (203) 356-1505
Fax: (203) 357-8397
JMorgan456@aol.com

Extension GRANTED, nunc pro tunc, to and including April 30, 2005.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    04/11/05

1