**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| HORACE BRUCE, Et al. | Civil Action No. 300CV 1831 AWT |
| vs. | |
| MOTIVA ENTERPRISES, LLC | April 29, 2005 |

**AFFIDAVIT**

I, Albert J. Barr, hereby depose and say:

1. I am over the age of eighteen (18) and believe in the obligation of an oath.

2. I am an attorney licensed to practice in the State of Connecticut.

3. I have been personally involved with the closings on the sale of Motiva Franchise businesses.

4. In my experience, Motiva Enterprises, LLC charges Transfer fees to Connecticut Franchisees.

5. Motiva Charged a Transfer fee to the plaintiff Ancker Eagle, Inc. a during the sale of that Franchise.

6. Motiva continues to charge Transfer Fees.

7. At the moment of this writing, I am involved in a transaction scheduled to close shortly in which Motiva has demanded a Transfer fee from my client, a Connecticut Franchisee.

8. I believe and have consistently advised Motiva that its Transfer fees are a violation of law.

9. I have also been involved in Connecticut closings in which Motiva has insisted upon the transfer of a trial franchise to the transferee.

_____
Albert J. Barr

Subscribed and Sworn to before
me this 29t day of April 2005.

_____

John J. Morgan, Esq.
22 Fifth St.
Stamford, CT 06905
Commissioner of the Superior Court

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| HORACE BRUCE, Et al. | Civil Action No. 300CV 1831 AWT |
| vs. | |
| MOTIVA ENTERPRISES, LLC | April 29, 2005 |

**AFFIDAVIT**

I, Laurence Ancker, hereby depose and say:

1. I am over the age of eighteen (18) and believe in the obligation of an oath.

2. I am the principal owner of several plaintiffs, RED EAGLE, INC., COLONIAL EAGLE, INC., ANCKER EAGLE, INC.

3. I have been and continue to be a Motiva dealer.

4. I have sold Motiva franchises.

5. Motiva Enterprises, LLC routinely charges Transfer fees.

6. Motiva Charged a Transfer fee to Ancker Eagle, Inc. and Colonial Eagle, Inc. during the sale of those Franchises.

7. I believe and have consistently advised Motiva that its Transfer fees are a violation of law.

8. I have also been involved in sales or proposed sales in which Motiva has insisted upon the transfer of a trial franchise to the transferee.

*[signature]*
Laurence Ancker

Subscribed and Sworn to before
me this __2/__ day of ~~April~~ 2005.
*May*

*[signature]*
*Commissioner of the*
*Superior Court*

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| HORACE BRUCE, Et al. | Civil Action No. |
| | 300CV 1831 AWT |
| vs. | |
| MOTIVA ENTERPRISES, LLC | April 29, 2005 |

## AFFIDAVIT

I, Michael J. Fox, hereby depose and say:

1. I am over the age of eighteen (18) and believe in the obligation of an oath.

2. I am the executive Director of the Gasoline and Automotive Service Dealers of America, Inc.

3. I have been professionally involved as a consultant during the transfer of Motiva franchises.

4. Motiva Enterprises, LLC routinely charges Transfer fees.

5. Motiva Charged a Transfer fee to Ancker Eagle, Inc. a during the sale of that Franchise.

6. Motiva charged a transfer fee and demanded a trial franchise in other transactions specifically, transfers between Richard Straffolino and Mustafa Jamal and a transfer from a Mr. Jamal to Ajay Shaw.

7. I believe and have consistently advised Motiva that its Transfer fees are a violation of law.

8. I have also been consulted in sales or proposed sales in which Motiva has insisted upon the transfer of a trial franchise to the transferee.

_____
Michael J. Fox

Subscribed and Sworn to before
me this ___ day of May, 2005.

_____

John J. Morgan, Esq.
22 Fifth St.
Stamford, CT 06905
Commissioner of the Superior Court