**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

HORACE BRUCE, ET ALS,

vs.

MOTIVA ENTERPRISES, LLC

Civil Action # 300 CV 1831AWT

MAY 2, 2005

### MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to 28 USC § 1653 and FRCP 15, the plaintiffs hereby request leave to Amend their Complaint in accordance with the attached. More particularly, in response to the defense's Motion for Judgment, the plaintiffs have asserted an additional basis for jurisdiction; namely, continuation of the alleged violations by the defendant.

In support, the plaintiffs submit that where jurisdiction is attacked, it is appropriate under 28 USC sec. 1653 to supplement the jurisdictional allegations of the Complaint, Whitmire v. Victus, Ltd., 21 F.3d 885 (5th Cir. 2000).

Plaintiff's counsel has spoken to attorney Alex McHugh about this motion. She was not able to take a position on the same due to the time constrains imposed upon her.

THE PLAINTIFFS,
HORACE BRUCE, ET ALS

By____________________________
John J. Morgan(ct 13312)
Barr & LaCava
22 Fifth Street
Stamford, CT 06905
Tel.#(203) 356-1505
Fax #(203) 357-8397

**CERTIFICATION**

This is to certify that a copy was mailed via U. S. Mail, postage prepaid this 2 day of May, 2005 to:

Paul D. Sanson, Esq.
Shipman and Goodwin LLP
~~One American Row~~ 1 Constitution Plaza
Hartford, CT 06103

Karen T. Staib, Esq.
Shipman & Goodwin LLP
~~One American Row~~ 1 Constitution Plaza
Hartford, CT 06103

____________________________
John J. Morgan