UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | MAY 6, 2005 |

**CONSENTED TO MOTION FOR EXTENSION OF TIME TO OBJECT
TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

Defendant, Motiva Enterprises LLC ("Motiva"), hereby requests an extension of time of twenty-four (24) days, up to and including June 3, 2005, within which to file an Objection to Plaintiffs' Motion for Leave to Amend Complaint. Motiva requests this extension to accommodate its undersigned counsel's long-standing vacation plans. This is Motiva's first request for extension of time for this Objection.

Counsel for Motiva has spoken with Attorney John Morgan, counsel for the Plaintiffs, who indicated that the Plaintiffs consent to this Motion for Extension of Time.

WHEREFORE, on the consent of the Plaintiffs, Motiva respectfully requests an extension of an additional 24 days, up to and including June 3, 2005, of the deadline by which to file an Objection to Plaintiffs' Motion for Leave to Amend Complaint.

THE DEFENDANT,
MOTIVA ENTERPRISES LLC,


By *Alexandra M McHugh*
    Paul D. Sanson
    Fed. Bar No. ct05477
    Alexandra M. McHugh
    Fed. Bar No. ct22428
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103-1919
    Telephone: (860) 251-5000
    Facsimile: (860) 251-5219
    E-mail: psanson@goodwin.com
    E-mail: amchugh@goodwin.com
    Its Attorneys

## ORDER

Defendant's Consented to Motion for Extension of Time to Object to Plaintiffs' Motion for Leave to Amend Complaint, dated May 6, 2005, is hereby:

GRANTED / DENIED.

BY THE COURT,

_____
J. Thompson

## CERTIFICATION OF SERVICE

This is to certify that on this 6th day of May, 2005, a copy of the foregoing Consented to Motion for Extension of Time to Object to Plaintiffs' Motion for Leave to Amend Complaint was sent by facsimile and U.S. mail, postage prepaid, to:

John J. Morgan, Esq.
Barr & LaCava
22 Fifth Street
Stamford, CT 06905

                                             Alexandra M. McHugh

402221 v.01 S1