UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | MAY 6, 2005 |

**CONSENTED TO MOTION FOR EXTENSION OF TIME FOR MOTIVA'S REPLY TO PLAINTIFFS' OBJECTION TO MOTION FOR JUDGMENT**

Defendant, Motiva Enterprises LLC ("Motiva"), hereby requests an extension of time of twenty-four (24) days, up to and including June 3, 2005, within which to reply to Plaintiffs' Objection to Motiva's Motion for Judgment. Motiva requests this extension to accommodate its undersigned counsel's long-standing vacation plans. This is Motiva's first request for extension of time for this Reply.

Counsel for Motiva has spoken with Attorney John Morgan, counsel for the Plaintiffs, who indicated that the Plaintiffs consent to this Motion for Extension of Time.

WHEREFORE, on the consent of the Plaintiffs, Motiva respectfully requests an extension of an additional 24 days, up to and including June 3, 2005, of the deadline by which to file Motiva's Reply to Plaintiffs' Objection to Motion for Judgment.

THE DEFENDANT,
MOTIVA ENTERPRISES LLC,


By /s/ Alexandra M McHugh
   Paul D. Sanson
   Fed. Bar No. ct05477
   Alexandra M. McHugh
   Fed. Bar No. ct22428
   Shipman & Goodwin LLP
   One Constitution Plaza
   Hartford, CT 06103-1919
   Telephone: (860) 251-5000
   Facsimile: (860) 251-5219
   E-mail: psanson@goodwin.com
   E-mail: amchugh@goodwin.com
   Its Attorneys

## ORDER

Defendants' Consented to Motion for Extension of Time for Motiva's Reply to Plaintiffs' Objection to Motion for Judgment, dated May 6, 2005, is hereby:

GRANTED / DENIED.

                                  BY THE COURT,

                                  _____
                                  J. Thompson

## CERTIFICATION OF SERVICE

This is to certify that on this 6th day of May, 2005, a copy of the foregoing Consented to Motion for Extension of Time for Motiva's Reply to Plaintiffs' Objection to Motion for Judgment was sent by facsimile and U.S. mail, postage prepaid, to:

John J. Morgan, Esq.
Barr & LaCava
22 Fifth Street
Stamford, CT 06905

                                                Alexandra M. McHugh

402221 v.01 S2