UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. 2005 MAY -6 P 3: 57 |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | U.S. DISTRICT COURT |
| | : | HARTFORD, CT. |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | MAY 6, 2005 |

### CONSENTED TO MOTION FOR EXTENSION OF TIME FOR MOTIVA'S REPLY TO PLAINTIFFS' OBJECTION TO MOTION FOR JUDGMENT

Defendant, Motiva Enterprises LLC ("Motiva"), hereby requests an extension of time of twenty-four (24) days, up to and including June 3, 2005, within which to reply to Plaintiffs' Objection to Motiva's Motion for Judgment. Motiva requests this extension to accommodate its undersigned counsel's long-standing vacation plans. This is Motiva's first request for extension of time for this Reply.

Counsel for Motiva has spoken with Attorney John Morgan, counsel for the Plaintiffs, who indicated that the Plaintiffs consent to this Motion for Extension of Time.

WHEREFORE, on the consent of the Plaintiffs, Motiva respectfully requests an extension of an additional 24 days, up to and including June 3, 2005, of the deadline by which to file Motiva's Reply to Plaintiffs' Objection to Motion for Judgment.

Extension GRANTED, absent objection, to and including June 3, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   5/12/05