UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. 2005 MAY -6 P 3: 57 |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | U.S. DISTRICT COURT |
| | : | HARTFORD, CT. |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | MAY 6, 2005 |

**CONSENTED TO MOTION FOR EXTENSION OF TIME FOR MOTIVA'S
REPLY TO PLAINTIFFS' OBJECTION TO MOTION FOR JUDGMENT**

Defendant, Motiva Enterprises LLC ("Motiva"), hereby requests an extension of time

of twenty-four (24) days, up to and including June 3, 2005, within which to reply to Plaintiffs'

Objection to Motiva's Motion for Judgment. Motiva requests this extension to accommodate

its undersigned counsel's long-standing vacation plans. This is Motiva's first request for

extension of time for this Reply.

Counsel for Motiva has spoken with Attorney John Morgan, counsel for the Plaintiffs,

who indicated that the Plaintiffs consent to this Motion for Extension of Time.

WHEREFORE, on the consent of the Plaintiffs, Motiva respectfully requests an

extension of an additional 24 days, up to and including June 3, 2005, of the deadline by which

to file Motiva's Reply to Plaintiffs' Objection to Motion for Judgment.

2005 MAY 12 P
FILED

Extension GRANTED, absent objection, to and including
June         3 , 2005  It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    5/12/05