UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | JUNE 2, 2005 |

**MOTION FOR EXTENSION OF TIME FOR MOTIVA'S
REPLY TO PLAINTIFFS' OBJECTION TO MOTION FOR JUDGMENT**

Defendant, Motiva Enterprises LLC ("Motiva"), hereby requests an extension of time of one (1) week, up to and including June 10, 2005, within which to reply to Plaintiffs' Objection to Motiva's Motion for Judgment. Motiva makes this request for an additional week due to unexpected demands on its counsel in other matters. This is Motiva's second request for extension of time for this Reply.

Counsel for Motiva has spoken with Attorney John Morgan, counsel for the Plaintiffs, who was not able to immediately respond to a request for consent.

WHEREFORE, Motiva respectfully requests an extension of one (1) week, up to and including June 10, 2005, of the deadline by which to file Motiva's Reply to Plaintiffs' Objection to Motion for Judgment.

THE DEFENDANT,
MOTIVA ENTERPRISES LLC,

By [signature: Alexandra M. McHugh]

Paul D. Sanson
Fed. Bar No. ct05477
Alexandra M. McHugh
Fed. Bar No. ct22428
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5219
E-mail: psanson@goodwin.com
E-mail: amchugh@goodwin.com
Its Attorneys

<u>ORDER</u>

Defendants' Motion for Extension of Time for Motiva's Reply to Plaintiffs' Objection to Motion for Judgment, dated June 2, 2005, is hereby:

GRANTED / DENIED.

BY THE COURT,

_____

J. Thompson

## CERTIFICATION OF SERVICE

This is to certify that on this 2nd day of June, 2005, a copy of the foregoing Motion for Extension of Time for Motiva's Reply to Plaintiffs' Objection to Motion for Judgment was sent by facsimile and U.S. mail, postage prepaid, to:

John J. Morgan, Esq.
Barr & LaCava
22 Fifth Street
Stamford, CT 06905

*Alexandra M McHugh*
Alexandra M. McHugh

402221 v.01 S3