

104

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | JUNE 2, 2005 |

### MOTION FOR EXTENSION OF TIME FOR MOTIVA'S
### REPLY TO PLAINTIFFS' OBJECTION TO MOTION FOR JUDGMENT

Defendant, Motiva Enterprises LLC ("Motiva"), hereby requests an extension of time of one (1) week, up to and including June 10, 2005, within which to reply to Plaintiffs' Objection to Motiva's Motion for Judgment. Motiva makes this request for an additional week due to unexpected demands on its counsel in other matters. This is Motiva's second request for extension of time for this Reply.

Counsel for Motiva has spoken with Attorney John Morgan, counsel for the Plaintiffs, who was not able to immediately respond to a request for consent.

WHEREFORE, Motiva respectfully requests an extension of one (1) week, up to and including June 10, 2005, of the deadline by which to file Motiva's Reply to Plaintiffs' Objection to Motion for Judgment.

US DISTRICT COURT
HARTFORD CT

2005 JUN -2 P 4:31

FILED

Extension GRANTED, nunc pro tunc
to and including
It is so ordered.

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT