## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:00 CV 1831 (AWT) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| | : | |
| Defendant. | : | JUNE 2, 2005 |

### MOTION FOR EXTENSION OF TIME TO OBJECT
### TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Defendant, Motiva Enterprises LLC ("Motiva"), hereby requests an extension of time of one (1) week, up to and including June 10, 2005, within which to file an Objection to Plaintiffs' Motion for Leave to Amend Complaint. Motiva makes this request for an additional week due to unexpected demands on its counsel in other matters. This is Motiva's second request for extension of time for this Objection.

Counsel for Motiva has spoken with Attorney John Morgan, counsel for the Plaintiffs, who was not able to immediately respond to a request for consent.

WHEREFORE, Motiva respectfully requests an extension of one (1) week, up to and including June 10, 2005, of the deadline by which to file an Objection to Plaintiffs' Motion for Leave to Amend Complaint.

FILED 2005 JUN -2 P 4:31 US DISTRICT COURT HARTFORD CT

Extension GRANTED, nunc pro tunc, to and including June 10, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  6/9/05