64

FILED

2005 MAY 20 A 11: 11

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| RUSSELL PREVOST | : | |
| Plaintiff | : | CIVIL ACTION 303CV1427 AWT |
| V. | : | |
| CITY OF DANBURY, ROBERT PAQUETTE, OFFICER MICHAEL JOURJULIS, LT. FECAROTTA, LT. JAMES KING AND DANIEL TROMPETTA | : | |
| Defendants | : | May 19, 2005 |

## MOTION FOR ENLARGEMENT OF TIME
## TO RESPOND TO MOTION TO AMEND COMPLAINT

The undersigned defendants, move an extension/enlargement of time until July 8, 2005, to respond to plaintiff's Motion to Amend Complaint dated April 19, 2005. The plaintiff's alleged new theories of liability require some investigation and research in order to frame an appropriate response. My office has been trying to reach Attorney Moniz to determine if he has an objection to this extension of time but he has not returned any phone calls.

No previous similar motion has been made.

FILED 2005 JUN 9 P 01 DISTRICT COURT HARTFORD, CT.

Extension GRANTED, nunc pro tunc, to and including July 8, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  6/9/05