/109

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. 2005 JUN 10 P 5:02 |
| Plaintiffs, | : | 3:00 CV 1831 (AWT) |
| | : | US DISTRICT COURT |
| v. | : | HARTFORD CT |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| Defendant. | : | JUNE 10, 2005 |

**CONSENTED TO MOTION FOR PERMISSION TO
FILE REPLY BRIEF IN EXCESS OF PAGE LIMIT**

Motiva Enterprises LLC respectfully requests, with Plaintiffs' consent, that the Court permit it to file a 13-page reply brief, which is in excess of the 10 pages permitted by Local Rule 7(d). Counsel made best efforts to keep Motiva's Reply to Plaintiffs' Objection to Cross-Motion for Judgment within the page limit, but there were a number of complex issues raised by Plaintiffs' Objection that had to be addressed. Counsel for Plaintiffs, John Morgan, consented to this motion for permission by telephone with the undersigned this afternoon.

THE DEFENDANT,
MOTIVA ENTERPRISES LLC,

By /s/ Alexandra M McHugh
Paul D. Sanson
Fed. Bar No. ct05477
Alexandra M. McHugh
Fed. Bar No. ct22428
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5219
E-mail: psanson@goodwin.com
E-mail: amchugh@goodwin.com
Its Attorneys

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 6/23/05