# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

HORACE BRUCE, ET ALS,

vs.                                                                    Civil Action # 300 CV 1831AWT

MOTIVA ENTERPRISES, LLC                                MAY 2, 2005

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to 28 USC § 1653 and FRCP 15, the plaintiffs hereby request leave to Amend their Complaint in accordance with the attached. More particularly, in response to the defense's Motion for Judgment, the plaintiffs have asserted an additional basis for jurisdiction; namely, continuation of the alleged violations by the defendant.

In support, the plaintiffs submit that where jurisdiction is attacked, it is appropriate under 28 USC sec. 1653 to supplement the jurisdictional allegations of the Complaint, Whitmire v. Victus, Ltd., 21 F.3d 885 (5th Cir. 2000).

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 10/7/05