UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:00 CV 1831 (AWT) |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
| Defendant. | : | NOVEMBER 10, 2005 |

## JOINT MOTION FOR STATUS CONFERENCE

The parties have briefed and replied to the motions for summary judgment filed by both sides in this case. See Plaintiffs' Motion and Notice of Motion for Summary Judgment, dated October 24, 2004 and Motiva's Motion for Judgment, dated February 14, 2005, and respective related memoranda. Accordingly, the parties jointly move for a status conference for the purpose of determining what, if anything, the Court requires from the parties or counsel with respect to the pending motions, and further to address the scheduling of oral argument.

- 2 -

<div style="display: flex;">

THE PLAINTIFFS,
HORACE BRUCE, ET AL.,

By _____
   John J. Morgan (ct13312)
   Barr & LaCava
   22 Fifth Street
   Stamford, CT 06905
   Telephone: (203) 356-1505
   Facsimile: (203) 357-8397
   E-mail: JMorgan456@aol.com
   Their Attorney

THE DEFENDANT,
MOTIVA ENTERPRISES LLC,

By _____
   Paul D. Sanson (ct 05477)
   Karen T. Staib (ct21119)
   Shipman & Goodwin LLP
   One Constitution Plaza
   Hartford, CT 06103-1919
   Telephone: (860) 251-5000
   Facsimile: (860) 251-5219
   E-mail: psanson@goodwin.com
   E-mail: kstaib@goodwin.com
   Its Attorneys

</div>

415696 v.04