**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
HORACE BRUCE, et al.,          :
                               :
       Plaintiffs,             :
                               :
v.                             :   Civ No. 3:00CV01831(AWT)
                               :
MOTIVA ENTERPRISES LLC,        :
                               :
       Defendant.              :
                               :
-------------------------------x
```

**ORDER OF TRANSFER**

In the interest of justice, this case is hereby transferred to Judge Alfred V. Covello. All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford and shall bear the docket number 3:00CV01831(AVC). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See D. Conn. L. Civ. R. 3(a).

It is so ordered.

Dated this 28th day of November, 2005, at Hartford, Connecticut.

/s/AWT
_____
Alvin W. Thompson
United States District Judge