

April 7, 2006. As the court will not require anything in addition from counsel, and declines to trouble the parties with oral argument, the motion for status conference is denied as unnecessary. SO ORDERED.

Alfred V. Covello, U.S.D.J.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | 3:00 CV 1831 (AWT) |
| | : | |
| v. | : | |
| | : | |
| MOTIVA ENTERPRISES LLC, | : | |
|     Defendant. | : | NOVEMBER 10, 2005 |

2005 NOV 15  A 10: 48

DISTRICT COURT
HARTFORD, CT.

## JOINT MOTION FOR STATUS CONFERENCE

    The parties have briefed and replied to the motions for summary judgment filed by both sides in this case. See Plaintiffs' Motion and Notice of Motion for Summary Judgment, dated October 24, 2004 and Motiva's Motion for Judgment, dated February 14, 2005, and respective related memoranda. Accordingly, the parties jointly move for a status conference for the purpose of determining what, if anything, the Court requires from the parties or counsel with respect to the pending motions, and further to address the scheduling of oral argument.

FILED

2005 APR 10  A 9: 39

DISTRICT COURT
HARTFORD, CT.