**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**ORDER REGARDING DESIGNATION OF CASE INTO ELECTRONIC FILING SYSTEM AND ELECTRONIC FILING OF PAPERS**

Effective immediately, this case is designated as an electronically filed case subject to the enclosed Electronic Filing Order. Counsel are hereby notified that the procedures contained in the District's CM/ECF Policies and Procedures Manual as well as the attached Electronic Filing Order apply.

If counsel believe that this case should not be designated as an e-filed case, or if doing so would present an undue burden on counsel or the parties, you must advise the court of the same by filing a pleading seeking to be exempt. Any requests for an exemption to the mandatory policy must be filed **within 10 days** and will be considered for good cause hardship reasons only. (**Such a request may be filed non-electronically).**

It is so ordered.

      /s/ Alfred V. Covello
      Alfred V. Covello
      United States District Judge