UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HORACE BRUCE, ET AL., | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:00 CV 1831 (AJC) |
| v. | : | |
| MOTIVA ENTERPRISES LLC, | : | August 3, 2007 |
| Defendant. | : | ~~MARCH~~ |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the above-captioned matter, in its entirety, with prejudice and without costs or attorney's fees to either party.

| THE PLAINTIFFS, | THE DEFENDANT, |
|---|---|
| HORACE BRUCE, ET AL., | MOTIVA ENTERPRISES LLC, |
| | |
| By _____ | By _____ |
| John J. Morgan (ct13312) | Paul D. Sanson (ct 05477) |
| Barr & LaCava | Karen T. Staib (ct21119) |
| 22 Fifth Street | Shipman & Goodwin LLP |
| Stamford, CT 06905 | One Constitution Plaza |
| Telephone: (203) 356-1505 | Hartford, CT 06103-1919 |
| Facsimile: (203) 357-8397 | Telephone: (860) 251-5000 |
| E-mail: JMorgan456@aol.com | Facsimile: (860) 251-5219 |
| Their Attorney | E-mail: psanson@goodwin.com |
| | E-mail: kstaib@goodwin.com |
| | Its Attorneys |

460541 v.02 S2